MARIE FLANDINA, Respondent, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.

Argued June 9, 1941; decided July 29, 1941.

*William B. Moore* for appellant.

*Matthew H. Brandenburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.